```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA    )
                            )   NO: MJ-06-4169-1
            Plaintiff,      )
                            )   ORDER GRANTING MOTION TO
                            )   QUASH COMPLAINT AND ARREST
     v.                     )   WARRANT
                            )
LEONEL MENDOZA,             )
                            )
            Defendant.      )
_____)
```

This matter coming before the above court on the government's motion to quash the complaint and arrest warrant; and the court having reviewed the files and the records herein;

**IT IS ORDERED** that the Motion **(Ct. Rec. 3)** is **GRANTED.** The complaint and arrest warrant issued in the above-referenced case shall be quashed.

DATED December 29, 2006.

                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE